FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARYL T. BROOKS, JR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMY BALLARD, GARFIELD COUNTY WASHINGTON SHERIFFS DEPARTMENT, and WASHINGTON STATE DSHS,<br><br>　　　　　Defendants. | Case No: 2:24-CV-00029-MKD<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>**ECF No. 4** |

Before the Court is a Report and Recommendation (R&R), ECF No. 4. The magistrate judge recommends that the Court deny Plaintiff's motion to proceed *in forma pauperis* and direct Plaintiff to pay the filing fee. *Id.* Plaintiff was ordered to file any objections to the Report and Recommendation by February 27, 2024. To date, Plaintiff has not filed an objection. Having reviewed the R&R and the record, the Court adopts the R&R and denies Plaintiff's application to proceed without prepayment of the filing fee.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. The Court **ADOPTS** the Report and Recommendation, **ECF No. 4,** in its entirety.

2. Plaintiff is directed to pay the full Filing Fee and Administrative Fee within **thirty (30) days** of this Order.  Failure to timely pay the fee will result in dismissal of the case.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to *pro se* Plaintiff and counsel, and set a case management deadline of 30 days.

DATED March 6, 2024

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER - 2