AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2024

SEAN F. McAVOY, CLERK

DARYL T. BROOKS JR., )
    *Plaintiff* )
v. )  Civil Action No. 2:24-CV-00029-MKD
WASHINGTON STATE DSHS; GARFIELD COUNTY )
WASHINGTON SHERIFF'S DEPARTMENT; LAKE OF THE )
WOODS COUNTY MINNESOTA CPS AGENCY DIRECTOR )
AMY BALLARD, in her personal capacity, )
    *Defendants.*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Ballard's Motion to Dismiss, ECF No. 22, is GRANTED.
Defendant DSHS' Motion to Dismiss, ECF No. 24, is GRANTED.
Plaintiff's Motion for Electronic Access, ECF No. 27, is DENIED.
Plaintiff's Motion for Leave to Amend Complaint, ECF No. 29, is DENIED.
Plaintiff's Complaint, ECF No. 1, is DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on motions to dismiss.

Date: June 10, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
    *(By) Deputy Clerk*
Sara Gore